UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SANDRA HARLAN, et al.,                    )
                                          )
        Plaintiffs,                       )
                                          )
    vs.                                   )          Case No. 4:06-CV-709 (JCH)
                                          )
EMMA EXPRESS, INC., et al.,               )
                                          )
        Defendants.                       )

## MEMORANDUM

The matter is before the Court on its review of the record. On October 24, 2007, Plaintiff filed its Fed. R. Civ. P. 26(a) disclosures with the Court. (Doc. No. 47). This filing was unnecessary because the parties are not required to file their discovery with the Court. The parties should refrain from filing discovery materials with the Court.[1]

Dated this 25th day of October, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1]The Court also reminds the parties that discovery materials should be filed, when needed, to support any properly filed motion.